UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN BALLARD,                                                                    PLAINTIFF

VS.                           CASE NO. 3:22-CV-00127-JM

LAFONCE LATHAM,                                                                      DEFENDANT

## ORDER

The parties are scheduled for a settlement conference before the undersigned on Thursday, July 6, 2023. Pursuant to General Order 54,[1] counsel for both parties and their clients will be allowed to bring electronic devices, including cell phones, laptop computers or PDA type devices into the courthouse on, Thursday, July 6, 2023.

Counsel and clients who bring electronic devices to the settlement conference should present a copy of this Order to Court Security Officers upon entry into the building.

IT IS SO ORDERED 26 June 2023.

_____
United States Magistrate Judge

---

[1] Counsel are directed to ensure that their clients are familiar with General Order 54's requirements, including that they may not record, photograph, or film anyone or anything inside the courthouse.