# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JONATHAN BALLARD**                                                                  **PLAINTIFF**

**VS.**                    **CASE NO. 3:22CV-00127-JM**

**LAFONCE LATHAM**                                                                   **DEFENDANT**

## ORDER

At Defendant's request, the settlement conference scheduled for Thursday, July 2023 is CANCELLED. The parties remain free to jointly request that the settlement conference be rescheduled.

So Ordered 30 June 2023.

_____
UNITED STATES MAGISTRATE JUDGE