IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN BALLARD                                                                                          PLAINTIFF

v.                                          NO. 3:22-cv-00127-JM

LAFONCE LATHAM                                                                                       DEFENDANTS

## ORDER

On July 7, 2023, Plaintiff filed a Notice of Settlement, which states the parties have reached an agreement in this case. Therefore, the jury trial scheduled for July 17, 2023, is canceled and this case is removed from the trial docket.

IT IS SO ORDERED this 10th day of July, 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE